

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00365-CV

**IN RE THE JOHN O. YATES TRUST**

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 116847
Honorable Oscar J. Kazen, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

It is ORDERED that Appellees Frost Bank, San Antonio, in its capacity as successor trustee of the John O. Yates Testamentary Trust; Hugo Edin Auler, in his capacity as Trust Advisory Committee member; and John Griffin Yates, Jr., in his capacity as Trust Advisory Committee member; recover their costs on appeal from Appellant Robert Mack Yates. *See* TEX. R. APP. P. 43.4.

SIGNED December 28, 2022.

Liza A. Rodriguez, Justice